UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| ANNETTE OWEN | * | CIVIL ACTION NO. 12-1179 |
| VERSUS | * | JUDGE DONALD E. WALTER |
| CAROLYN W. COLVIN, ACTING COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | * | MAG. JUDGE KAREN L. HAYES |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED that Plaintiff's Petition for Attorney Fees [doc. # 15] is hereby GRANTED, and that the Commissioner shall remit to Plaintiff's counsel a check made payable to Plaintiff Annette Owen, for attorneys' fees in the amount of $6,030.00 (40.2 hours at $150.00 per hour) plus costs and expenses totaling $409.50

THUS DONE AND SIGNED this 26 day of November 2013, Shreveport, Louisiana.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE